MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
DURHAM JONES & PINEGAR
10785 W. Twain Avenue, Suite 200
Las Vegas, Nevada 89135
(702) 870-6060
(702) 870-6090 Fax
mrawlins@djplaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUGAN KINETICS NV, LLC.; a Nevada limited liability company; <br><br> Plaintiff, <br><br> JOHN J. DUGAN, an individual; DUGAN KINETICS LLC, a Washington limited liability company; DOES I – X; and ROES I - X <br><br> Defendants. | Case No.: 2:13-cv-00007-GMN-GWF <br><br><br> **Stipulation and Order for Remand** |

///
///
///
///
///
///
///
///
///
///
///
///

DURHAM
JONES &
PINEGAR
10785
W. Twain Ave.
Suite 200
Las Vegas, NV
89135
(702) 870-6060

LV_121408.1

1    The undersigned parties stipulate that the notice of removal filed by defendants on

2  January 4, 2012 is hereby cancelled and withdrawn, and this case be remanded to state court, the

3  parties having concluded there is not complete diversity of citizenship.

4    DATED this _____ day of January, 2013.

5

6  DURHAM JONES & PINEGAR                    JOHN DUGAN AND DUGAN KINETICS,
                                             LLC
7

8  _____                  _____
   Michael D. Rawlins, Esq.                  By John J. Dugan for Defendants Pro Se
9  *Attorney for Plaintiff*

10

11    **IT IS SO ORDERED** this 9th day of January, 2013.

12

13

14

15  Gloria M. Navarro
    United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

DURHAM
JONES &
PINEGAR
10785
W. Twain Ave.
Suite 200
Las Vegas, NV
89135
(702) 870-6060

LV_121408.1

Page 2 of 2