1  MICHAEL D. RAWLINS, ESQ.
   Nevada Bar No. 5467
2  DURHAM JONES & PINEGAR
   10785 W. Twain Avenue, Suite 200
3  Las Vegas, Nevada 89135
4  (702) 870-6060
   (702) 870-6090 Fax
5  mrawlins@djplaw.com

6  *Attorneys for Plaintiff*

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9
   DUGAN KINETICS NV, LLC.; a Nevada          Case No.: 2:13-cv-00007-GMN-GWF
10 limited liability company;

11        Plaintiff,

12 JOHN J. DUGAN, an individual; DUGAN        **Stipulation and Order for Remand**
   KINETICS LLC, a Washington limited
13 liability company; DOES I – X; and ROES I -
14 X

15        Defendants.

16
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LV_121408.1

The undersigned parties stipulate that the notice of removal filed by defendants on January 4, 2012 is hereby cancelled and withdrawn, and this case be remanded to state court, the parties having concluded there is not complete diversity of citizenship.

DATED this 8 day of January, 2013.

DURHAM JONES & PINEGAR

_____
Michael D. Rawlins, Esq.
*Attorney for Plaintiff*

JOHN DUGAN AND DUGAN KINETICS, LLC

_____
By John J. Dugan for Defendants Pro Se

**IT IS SO ORDERED** this 9th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

DURHAM
JONES &
PINEGAR
10785
W. Twain Ave.
Suite 200
Las Vegas, NV
89135
(702) 870-6060